PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| JAMES BRADLEY KIRTLEY, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:16-cv-01753-BAM <br><br> **STIPULATION TO VOLUNTARILY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); AND ORDER** |

IT IS HEREBY STIPULATED, by and between James Bradley Kirtley and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a decision. The Appeals Council will instruct the ALJ to obtain supplemental vocational expert testimony, based on findings through step four of ALJ's decision, to assist in

determining what jobs exist, if any, for the claimant given his age, vocational factors, and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 26, 2017  /s/ *John D. Metsker*
JOHN DAVID METSKER
The Metsker Law Firm
Attorney for Plaintiff


Dated: June 26, 2017  PHILLIP A. TALBERT
United States Attorney


/s *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney
Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntarily Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: **June 30, 2017**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2
1:16-cv-01753-BAM; Stipulation to Voluntarily Remand and Order